

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2018

No. 04-18-00722-CV

Idalia G. **BARRERA,**
Appellant

v.

Mary Sue **PATE,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2018CV04273
Honorable Karen Crouch, Judge Presiding

# O R D E R

The docketing statement was due October 19, 2018, but has not been filed. *See* TEX. R. CIV. P. 32.1(a) (providing an appellant in a civil case shall file a docketing statement promptly upon filing the notice of appeal). We **ORDER** appellant to file the docketing statement on or before **December 27, 2018.** Appellant is advised that a failure to comply with this order may result in a dismissal of this appeal without further notice. *See* TEX. R. APP. P. 42.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court